| | |
|---|---|
| 1 | LARRY J. CALDWELL (SBN 88867) |
| 2 | larry.caldwell@caldwellfirm.net |
|   | CALDWELL LAW FIRM |
| 3 | 12100 Wilshire Boulevard, 8th Floor |
|   | Los Angeles, California  90025 |
| 4 | Telephone: (310) 356-7566 |
| 5 | |
| 6 | |
|   | Attorneys for Defendants, |
| 7 | Roca Labs, Inc.; Roca Labs, Nutraceutical U.S.A., Inc.; |
|   | Don Juravin; and George C. Whiting |
| 8 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| Zachary Lake, on behalf of himself and all similarly situated, and the general public, | ) CASE NO.   15:8892 DMG PJW |
|---|---|
| Plaintiffs, | ) **DECLARATION OF LARRY CALDWELL AND EXHIBITS A TO D IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION** |
| v. | ) **(1) TO DISMISS UNDER RULE 12(b)(6); OR** |
| Roca Labs, Inc.; Roca Labs, Nutraceutical U.S.A., Inc.; Don Juravin; and George C. Whiting, | ) **(2) TO STAY PROSECUTION UNDER THIS COURT'S INHERENT AUTHORITY; OR** |
| Defendants. | ) **(3) TO TRANSFER UNDER 28 U.S.C. §  1404(a)** |
| | ) Date:  January 22, 2016 |
| | ) Time: 9:30 a.m. |
| | ) Courtroom: 7    [Spring Street] |
| | ) First Amended Complaint Filed: October 19, 2015 |
| | ) (Los Angeles Superior Court) |

CALDWELL DECLARATION                       1

1. I am an attorney licensed to practice in the State of California and before this court since 1979. I am the attorney of record for all defendants in action. As such, I have personal knowledge of each of the following facts. I could and would give competent testimony regarding each such fact.

2. Attached as Exhibit A is a true and correct copy of the current version of the Federal Trade Commission's advertising guidelines for dietary supplements. This document was downloaded from the FTC's website by the declarant on November 23, 2015.

3. Attached as Exhibit B is a true and correct copy of the Complaint in the civil action entitled *Federal Trade Commission v Roca Labs, Inc.; Roca Labs, Nutraceutical U.S.A., Inc.; Don Juravin; and George C Whiting*, United States District Court for the Middle District of Florida case no. 8:15-cv-02231-MSS TBM (the "FTC Action"). The declarant downloaded this document from the court's electronic docket.

4. Attached as Exhibit C is a true and correct copy of the First Amended Complaint on file in *Zachary Lake, on behalf of himself and all others similarly situated, and the general public, Plaintiff, v. Roca Labs, Inc., a Florida Corporation; Roca Labs, Nutraceutical USA, Inc., a Florida Corporation, Don Juravin, George C. Whiting, and Does 1 through 10, inclusive, Defendants*, Case no. BC559016 in the California Superior Court for Los Angeles County. This copy of the First Amended Complaint does not bear plaintiff's counsel's signature. That is because the First Amended Complaint was deemed filed as of a certain date by Order of the court, without plaintiff's counsel submitting a signed copy of the First Amended Complaint for filing. The copy attached as Exhibit C is the operative complaint in the *Lake* action. The First Amended Complaint has not been served on defendants Don Juravin and George C. Whiting, so their time to

CALDWELL DECLARATION    2

respond to the First Amended Complaint has not begun to run. Because no Notice of the Order granting leave to file the First Amended Complaint was ever served on original defendants, Roca Labs, Inc. and Roca Labs, U.S.A. Nutraceutical, Inc., their time to respond to the First Amended Complaint also has not begun to run.

    5. Attached as Exhibit D is a true and correct copy of the Preliminary Injunction Order issued in the FTC Action. The declarant downloaded this document from the court's electronic docket.

    6. Before filing defendants' accompanying Motion, I met and conferred by telephone and e-mails with plaintiff's counsel, Amy Wootton. She and I determined that the parties cannot agree on any of the relief sought in this Motion. Therefore, it was necessary for defendants to file this Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Signed by me on this 23rd day of November, 2015, in Los Angeles, Florida.

                    /S/Larry J. Caldwell
                    Larry J. Caldwell

CALDWELL DECLARATION     3