

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION** | **SOUTHERN DIVISION** |
| | 312 North Spring Street, Room G–8 | 411 West Fourth Street, Suite 1053 |
| | Los Angeles, CA 90012 | Santa Ana, CA 92701–4516 |
| | Tel: (213) 894–3535 | (714) 338–4750 |
| | | **EASTERN DIVISION** |
| **KIRY K. GRAY** | | 3470 Twelfth Street, Room 134 |
| Clerk of Court | | Riverside, CA 92501 |
| | | (951) 328–4450 |

April 19, 2016

  Los Angeles County Superior Court
   600 S Commonwealth Avenue
   Los Angeles, CA 90005

Re:  Case Number:     2:15–cv–08898–DMG–PJW
     Previously Superior Court Case No.     BC559016
     Case Name:     ZACHARY LAKE V. ROCA LABS, INC., ET AL

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on     4/12/16    , the above–referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                        Respectfully,

                                        Clerk, U.S. District Court

                                        By:  /s/ *Benjamin Moss*
                                             Deputy Clerk
                                             Benjamin_Moss@cacd.uscourts.gov
                                             Western Division

*cc: Counsel of record*

___

Receipt is acknowledged of the documents described herein.

                                        Clerk, Superior Court

_____            By: _____
Date                                         Deputy Clerk